IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TIFFANY ORLANDO,<br><br>                    Plaintiff,<br><br>         v.<br><br>BOEING AEROSPACE OPERATIONS, INC. and THE BOEING COMPANY,<br><br>                    Defendants. | Case No. 1:24-cv-2093-PTG-WBP |

**CONSENT MOTION TO AMEND CASE SCHEDULE
AND DATE OF FINAL PRETRIAL CONFERENCE**

Pursuant to this Court's February 14, 2025 Order (Dkt. No. 30), Defendants Boeing Aerospace Operations, Inc. and The Boeing Company (together, "Boeing") and Plaintiff Tiffany Orlando ("Plaintiff"), by and through undersigned counsel, respectfully move this Court to enter an Order amending the case schedule and date of the pretrial conference. Specifically, the parties respectfully request the following amended deadlines:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Boeing's Motion for Summary Judgment | | April 4, 2025[1] |
| Plaintiff's Response Brief | | April 18, 2025 |
| Boeing's Reply Brief | | April 24, 2025 |
| Hearing (If Needed) on Boeing's Motion | | May 1, 2025 |
| Boeing's Expert Witness Disclosures | April 3, 2025 | May 15, 2025 |

---

[1] Boeing will make every effort to file a dispositive motion by April 4, 2025. Some materials or attachments may be subject to NRO review before they may be filed.

| Plaintiff's Rebuttal Expert Witness Disclosures | April 11, 2025 | May 23, 2025 |
|---|---|---|
| Fact Discovery Cutoff | April 11, 2025 | May 23, 2025 |
| Discovery Expert Deposition Deadline | April 18, 2025 | May 30, 2025 |
| Rule 26(a)(3) Pretrial Disclosures | April 16, 2025 | June 4, 2025 |
| Final Pretrial Conference | April 23, 2025 | June 4, 2025 |

The grounds for this Consent Motion are fully set forth in the accompanying Memorandum in Support submitted with this Consent Motion. Additionally, a copy of the Proposed Order is attached to this Consent Motion as Exhibit A.

WHEREFORE, Boeing and Plaintiff respectfully request that this Court grant this Consent Motion and enter the parties' Proposed Order.

Dated:  March 21, 2025

By: /s/ *Ariel B. Glickman*
Ariel B. Glickman, VSB #90751
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:    +1.202.654.6200
Facsimile:    +1.202.654.6211

Laura C. Hill (admitted *pro hac vice*)
LHill@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:    +1.206.359.8000
Facsimile:    +1.206.359.9000

*Attorneys for Defendants Boeing Aerospace Operations, Inc. and The Boeing Company*

-3-

SEEN AND AGREED:

By: /s/ *Justin M. Beall* (by ABG with permission)
Justin M. Beall, VSB #46182
JBeall@koonz.com
KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP
Willow Wood Plaza I
10300 Eaton Place, Suite 200
Fairfax, Virginia 22030
 Telephone:    +1.703.218.4410
 Facsimile:    +1.703.218.4411

*Attorney for Plaintiff Tiffany Orlando*

## CERTIFICATE OF SERVICE

I, Ariel B. Glickman, hereby certify that on March 21, 2025, I filed the foregoing ***CONSENT MOTION TO AMEND CASE SCHEDULE AND DATE OF FINAL PRETRIAL CONFERENCE*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Justin M. Beall, VSB #46182
JBeall@koonz.com
KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP
Willow Wood Plaza I
10300 Eaton Place, Suite 200
Fairfax, Virginia 22030
 Telephone:    +1.703.218.4410
 Facsimile:    +1.703.218.4411

*/s/ Ariel B. Glickman*